618

440 A.2d 1247

Commonwealth v. Harrington, Appellant.

Argued January 27, 1981.  Brian R. Williams, for appellant; Ellen Mattleman, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

The judgment of sentence dated April 3, 1980 is affirmed on the comprehensive opinion of Judge Shoyer.

440 A.2d 1247

Commonwealth v. Kaufman, Appellant.

Submitted January 7, 1981.  Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.